MESSRELIAN LAW INC.
Harout Messrelian, Esq. (SB# 272020)
　　hm@messrelianlaw.com
Maralle Messrelian, Esq. Of Counsel (SB#316974)
　　maralle@messrelianlaw.com
500 N. Central Ave., Suite 840
Glendale, California 91203
Telephone: (818) 484-6531
Facsimile:  (818) 956-1983

Attorneys for Plaintiff Annetta Jenkins

FORD & HARRISON LLP
David L. Cheng (SBN 240926)
　　dcheng@fordharrison.com
Grace K. Kim (SBN 296798)
　　gkim@fordharrison.com
50 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant OTO DEVELOPMENT, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNETTA JENKINS,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>OTO DEVELOPMENT, LLC,<br><br>*Defendants.* | Case No.: 3:22-cv-09132-LB<br><br>**ORDR RE:   JOINT STIPULATION RE: REQUEST FOR DISMISSAL**<br><br>Action filed:  October 25, 2022<br>Status Conf:  August 31, 2023, 9:30 a.m.<br><br>Hon. Laurel Beeler<br>San Francisco Courthouse<br>Courtroom B – 15th Floor |

1

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The matter of *Annetta Jenkins v. OTO Development, LLC*, is dismissed with prejudice in its entirety, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: June 26, 2023  _____
HON. LAUREL BEELER
U.S. DISTRICT COURT JUDGE